UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN GALLAGHER, <br> Dall. Cnty. Jail Bookin No. 23009432, <br><br> Petitioner, <br><br> V. <br><br> DALLAS COUNTY SHERIFF, <br><br> Respondent. | §§§§§§§§§§§ | No. 3:23-cv-1061-B |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: June 13th, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-